1  TONY WEST
   Assistant Attorney General
2  U.S. Department of Justice
   Civil Division
3  DAVID J. KLINE
   Director
4  Office of Immigration Litigation
   District Court Section
5  VICTOR M. LAWRENCE
   Principal Assistant Director
6  NICOLE R. PRAIRIE (DCBN 982601)
   Trial Attorney
7
       P.O. Box 868
8      Ben Franklin Station
       Washington, DC 20044
9      Telephone: (202) 532-4074
       FAX: (202) 305-7000
10     Nicole.Prairie@usdoj.gov

11  Attorneys for Defendants[1]

                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                       SAN FRANCISCO DIVISION
14
   JOHN DOE XIONG,                  )
15                                  )  No. C 10-1995 JSW
                    Plaintiff,      )
16                                  )
              v.                    )  **STIPULATION TO EXTEND;**
17                                  )  ~~**PROPOSED**~~ **ORDER**
   RONALD LEFEVRE, REBECCA ANDREWS, )
18 DONALD W. THOMPSON, EMILIA BARDINI, )
   ASYLUM OFFICER 29F181, *in their* )
19 *individual capacities,* JANET NAPOLITANO, )
   *in her official capacity*,      )
20                                  )
                    Defendants.     )
21 _____ )

22
       Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys
23
   of record, hereby stipulate, subject to the approval of the Court, to the following:
24
       1.  Plaintiff filed this action on or about May 10, 2010.
25
       2.  Pursuant to this Court's May 10, 2010, Order Setting Initial Case Management Conference
26

27
       [1] The individual defendants enter their appearance here for the sole purpose of this
28 Stipulation to Extend.  The individual defendants reserve the right to assert all appropriate
   defenses in their responsive pleadings.
   STIPULATION
   C10-1995 JSW

1  and ADR Deadlines, the parties are required to file a Joint ADR Certification by August 5, 2010,

2  file a joint case management statement on August 19, 2010, and attend a case management

3  conference on August 26, 2010.

4      3.  Plaintiff's counsel effectuated proper service upon the U.S. Attorney's Office on July 21,

5  2010, but the parties disagree as to whether proper service has been made on the individual

6  defendants in this matter.  In any event, both parties respectfully request this Court reset the

7  deadlines in the Order Setting Initial Case Management Conference and ADR Deadlines until

8  thirty (30) days after a responsive pleading is filed in this matter.  Counsel shall notice the Case
   Management Conference at the time

9  of filing their responsive pleading.

   Dated: August 4, 2010                          Respectfully submitted,

10

11                                                TONY WEST
                                                  Assistant Attorney General
                                                  U.S. Department of Justice Civil
12                                                Division
                                                  DAVID J. KLINE
13                                                Director
                                                  Office of Immigration Litigation
14                                                District Court Section
                                                  VICTOR M. LAWRENCE
15                                                Principal Assistant Director

16                                                _____
                                                         /s/
                                                  NICOLE R. PRAIRIE[2]
17                                                Trial Attorney
                                                  Attorneys for Defendants

18

19  Dated: August 4, 2010                         _____
                                                         /s/
                                                  KENNETH SEEGER
20                                                Attorney for Plaintiff

21                          **PROPOSED ORDER**

22          Pursuant to stipulation, IT IS SO ORDERED.

23

    Dated:      August 5, 2010
24                                                _____
                                                  JEFFREY S. WHITE
25                                                United States District Judge

26

27  _____

28          [2] I, Nicole R. Prairie, hereby attest that I have on file all holograph signatures for any
    signatures indicated by a "conformed" signature (/s/) within this efiled document.

    STIPULATION
    C10-1995 JSW                          2