TONY WEST
Assistant Attorney General
U.S. Department of Justice
Civil Division
DAVID J. KLINE
Director
Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
NICOLE R. PRAIRIE (DCBN 982601)
Trial Attorney

    P.O. Box 868
    Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 532-4074
    FAX: (202) 305-7000
    Nicole.Prairie@usdoj.gov

Attorneys for Defendants

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE XIONG, | ) No. C 10-1995 JSW |
|         Plaintiff, | ) |
|         v. | ) **STIPULATION TO DISMISS;** |
| RONALD LEFEVRE, REBECCA ANDREWS, | ) ~~**PROPOSED**~~ **ORDER** |
| DONALD W. THOMPSON, EMILIA BARDINI, | ) |
| ASYLUM OFFICER 29F181, *in their* | ) |
| *individual capacities,* JANET NAPOLITANO, | ) |
| *in her official capacity*, | ) |
|         Defendants. | ) |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action as Plaintiff no longer wishes to pursue this matter.  Thus, the parties jointly request, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this Court approve the dismissal of this matter in its entirety.  Each party shall bear its own costs and fees, and no attorney's fees or costs under the Equal Access to Justice Act, or any other provision of law, will be sought in the above-captioned matter.

Dated: September 13, 2010                     Respectfully submitted,

                                              TONY WEST
                                              Assistant Attorney General
                                              U.S. Department of Justice Civil Division
                                              DAVID J. KLINE
                                              Director
                                              Office of Immigration Litigation
                                              District Court Section
                                              VICTOR M. LAWRENCE
                                              Principal Assistant Director

                                              _____/s/_____
                                              NICOLE R. PRAIRIE[1]
                                              Trial Attorney
                                              Attorneys for Defendants

Dated: September 13, 2010                     _____/s/_____
                                              KENNETH SEEGER
                                              Attorney for Plaintiff

## ~~PROPOSED~~ ORDER

    Pursuant to stipulation, IT IS SO ORDERED.

Dated:  September 13, 2010                    _____
                                              JEFFREY S. WHITE
                                              United States District Judge

---

    [1] I, Nicole R. Prairie, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION
C10-1995 JSW                             2